UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DONALD J. TRUMP, et al., Plaintiffs, -against- JPMORGAN CHASE BANK, N.A., et al., Defendants. | : | 26-CV-8731 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

On October 2, 2026, this case was transferred to this Court from the U.S. District Court, Southern District of Florida. (*See* Doc. 36.) Accordingly, I hereby order the parties to file a joint status report detailing the status of proceedings no later than October 13, 2026.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Vernon S. Broderick
United States District Judge