JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

DIRECT NUMBER: +1.212.326.3604

JTAMBE@JONESDAY.COM

October 13, 2026

**VIA ECF**

Hon. Vernon S. Broderick
U.S. District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Trump, et al. v. JP Morgan Chase Bank, N.A., et al.*, No. 1:26-CV-08731**
**Joint Status Report**

Dear Judge Broderick:

We write on behalf of counsel for all Parties in the above-captioned matter to provide a joint status report, pursuant to the Court's order dated October 9, 2026 (ECF No. 42).

The Parties conferred on October 12, 2026 to discuss the status of the proceedings. Defendants JPMorgan Chase Bank, N.A. and James Dimon informed Plaintiffs of their intention to Move to Dismiss Plaintiffs' claims. The Parties have agreed to the following briefing schedule:

- Defendants' Motion to Dismiss due October 14, 2026
- Plaintiffs' Opposition to Motion to Dismiss due November 18, 2026
- Defendants' Reply in Support of Motion to Dismiss due December 9, 2026

Accordingly, the Parties respectfully request that the Court enter an order reflecting the above agreed-upon briefing schedule.

Respectfully,

*/s/ Jayant W. Tambe*
Jayant W. Tambe

cc: All Counsel of Record (via ECF)