BRITO
PLLC

**Alejandro Brito**
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

November 16, 2026

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Trump, et. al. v. JPMorgan Chase Bank, N.A., et. al.; Case No. 1:26-cv-08731-VSB-SLC**
***Letter Motion for Seven-Day Extension of Time***

Dear Judge Broderick:

We represent Plaintiffs in the above-captioned action. Pursuant to Rule 1.H of Your Honor's Individual Rules & Practices in Civil Cases and Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs respectfully request a seven-day extension of their November 18, 2026 deadline to respond to Defendants' Motion to Dismiss the Complaint (ECF Nos. 44, 45), through and including November 25, 2026. On or before that date, Plaintiffs intend to file a motion under Federal Rule of Civil Procedure 15(a)(2) for leave to file an amended complaint, attaching the proposed amended pleading. Plaintiffs further request that their opposition to the pending motion to dismiss be held in abeyance while the motion for leave is decided, as set out in the proposed schedule below.

In accordance with Rule 1.H, Plaintiffs state as follows:

1. **Original due date:** Plaintiffs' opposition to the motion to dismiss is due November 18, 2026, under the briefing schedule the parties proposed in their October 13, 2026 joint status report (ECF No. 43), which the Court adopted by memo endorsement on October 14, 2026 (ECF No. 49).

2. **Previous requests:** None. This is Plaintiffs' first request for an extension of this deadline.

3. **Disposition of previous requests:** Not applicable.

4. **Adversary's position**: Counsel for Plaintiffs conferred with counsel for Defendants on November 16, 2026. Defendants consent to the requested extension and to holding the remaining motion-to-dismiss briefing in abeyance pending the Court's decision on Plaintiffs' anticipated motion for leave to amend. Defendants take no

BRITO
PLLC

**Alejandro Brito**
Email: abrito@britopllc.com
Phone: (305) 614.4071
Address: 2121 Ponce de Leon. Suite 650
Coral Gables, FL 33134
www.britopllc.com

position at this time on Plaintiffs' request for leave to amend and reserve all rights to oppose that motion on any ground, including futility.

5. **Reasons for the request:** Good cause exists for the brief extension, for the reasons set forth below.

The posture of this case has changed materially since Plaintiffs filed their Complaint in Florida state court. On September 30, 2026, Judge Williams of the Southern District of Florida denied Plaintiffs' motion to remand and transferred the action to this Court. *See* ECF No. 36 at 8–9. Defendants' motion to dismiss relies substantially on that ruling and on the account agreements submitted with the Declaration of Dan Wilkening (ECF No. 15-1, Attachments 2–11), which Defendants contend govern each Plaintiff's accounts. *See* ECF No. 45 at 1–5.

Having carefully considered Judge Williams's ruling and the arguments in Defendants' motion, Plaintiffs have concluded that the most efficient course is to seek leave to amend their pleading rather than oppose dismissal of a complaint they propose to replace. As proposed, the amended complaint would assert claims against JPMorgan Chase Bank, N.A., and would address the account agreements Defendants have placed before the Court. Because the period for amendment as a matter of course under Rule 15(a)(1)(B) has run, Plaintiffs will proceed by motion under Rule 15(a)(2).

The additional seven days are needed to conform the amended allegations to the specific terms of the multiple account agreements at issue, which span ten Plaintiffs and differ in certain respects across accounts, and to prepare the proposed amended complaint and supporting memorandum. If leave is granted, the proposed amendment would narrow the issues and would spare the Court and the parties from briefing a motion directed at a pleading that Plaintiffs seek to replace. The request is made in good faith and not for purposes of delay, and it is submitted more than 48 hours before the current deadline.

The requested extension affects Defendants' reply in support of the motion to dismiss, which is currently due by December 9, 2026. Plaintiffs therefore respectfully request that the remaining briefing on the motion to dismiss be held in abeyance pending the Court's decision on Plaintiffs' anticipated motion for leave to amend. If leave is denied in whole or in part, Plaintiffs propose that their opposition be due 14 days after the Court's decision, and Defendants' reply 21 days after Plaintiffs' opposition is filed.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Alejandro Brito*

ALEJANDRO BRITO